FILED
CLERK, U.S. DISTRICT COURT
5/9/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CDO\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW A. WIEDERHORN,<br><br>　　　　Defendant. | CR No. 2:24-cr-00296-WLH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924; 28 U.S.C. § 2461: Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about December 1, 2021, in Los Angeles County, within the Central District of California, defendant ANDREW A. WIEDERHORN knowingly possessed a firearm, namely, a Walther Arms, model PPK/S, 9mm Kurz/.380 ACP caliber pistol, bearing serial number 050396, and ammunition, namely, thirty-two rounds of Remington .380 Auto caliber ammunition, fourteen rounds of CCI/Speer .380 Auto caliber ammunition, and seven rounds of Winchester .380 Auto caliber ammunition, in and affecting interstate and foreign commerce.

Defendant WIEDERHORN possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1.    Payment of Gratuities, in violation of Title 18, United States Code, Section 1954, in the United States District Court for the District of Oregon, case number 3:04-CR-00238-BR, on or about June 3, 2004; and

    2.    Filing False Tax Return, in violation of Title 26, United States Code, Section 7206(1), in the United States District Court for the District of Oregon, case number 3:04-CR-00238-BR, on or about June 3, 2004.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant ANDREW A. WIEDERHORN's conviction of the offense set forth in this Indictment.

2. Defendant WIEDERHORN, if so convicted, shall forfeit to the United States of America the following:

   a. All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following which were seized on December 1, 2021:

      i. A Walther Arms, model PPK/S, 9mm Kurz/.380 ACP caliber pistol, bearing serial number 050396;

      ii. Thirty-two rounds of Remington .380 Auto caliber ammunition;

      iii. Fourteen rounds of CCI/Speer .380 Auto caliber ammunition; and

      iv. Seven rounds of Winchester .380 Auto caliber ammunition.

   b. To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendant WIEDERHORN, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding

paragraph if, as the result of any act or omission of defendant WIEDERHORN, the property described in the preceding paragraph or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BRETT A. SAGEL
Assistant United States Attorney
Chief, Corporate and Securities
   Fraud Strike Force

ALEXANDER B. SCHWAB
Assistant United States Attorney
Deputy Chief, Corporate and
   Securities Fraud Strike Force

ADAM P. SCHLEIFER
Assistant United States Attorney
Corporate and Securities Fraud
   Strike Force

KEVIN B. REIDY
Assistant United States Attorney
Major Frauds Section