UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No.: 2:24-CR-00296-WLH   Date: 05/10/2024

Present: The Honorable: Steve Kim, U.S. Magistrate Judge

Interpreter: N/A   Language: N/A

| Connie Chung | 05/10/2024 | Adam Schleifer / Kevin Reidy |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✔ Present  In Custody

Andrew A. Wiederhorn

Attorneys for Defendants:  ✔ Present  Retained

Sandra Brown/ Jimmy Rotstein/ Nicola Hanna

**Proceedings:** Arraignment of Defendant and/or  ✔ Assignment of Case  Appointment of Counsel  Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Wesley L. Hsu.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 7/1/2024 9:00 AM;
Pre-Trial Conference: 6/21/2024 10:30 AM
* Government counsel provides trial estimate of 2 days.
* Judge Hsu is located in 9B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA   PSAED   PSASA
 ✔ USMLA   USMED   USMSA
   Statistics Clerk     Interpreter
   CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: CC by TRB