# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:24-cr-00296-WLH-1 | Date: | 04/04/2025 |
| Present: The Honorable | **WESLEY L. HSU, United States District Judge** | | |
| Interpreter: | N/A | | |

| Maria Lindaya | CourtSmart | Kevin Reidy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew A Wiederhorn | X | | X | Daniel Nowicki | X | | X |
| | | | | Douglas Fuchs | X | | X |

**PROCEEDINGS:**     **DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE [63] (Held and Completed)**

The matter is called and counsel state their appearances.

Court and counsel confer regarding the trial in this case. The Defendant's Motion to Continue Pretrial Motions Deadline and Trial date is GRANTED. (Dkt. 60)

The defendant is questioned; he waives speedy trial time and agrees with the new trial date. The Court accepts the waiver. The time period between April 4, 2025, to January 22, 2026, is excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.  The trial in the above matter is continued to Tuesday, January 20, 2026, at 9:00 AM.  A Pretrial Conference is set for Friday, January 9, 2026, at 9:30 am.  Counsel for the parties shall prepare a written stipulation and proposed order as to the waiver and the continuance of the trial date.

Defendant is ordered to return to this Court both for the pretrial conference on January 9, 2026, and the trial on January 20, 2026, without any further order of the Court.

The Court sets the following dates:

1. A pretrial motions hearing is set for September 26, 2025, at 10:00 AM.
2. Replies are due on September 19, 2025.
3. Oppositions are due September 12, 2025.
4. Pretrial motions must be filed by August 29, 2025.

CC: PSA

                                                                                 1 : 00

Initials of Deputy Clerk    mal