GIBSON, DUNN & CRUTCHER LLP
DOUGLAS FUCHS, SBN 196371
  DFuchs@gibsondunn.com
NICOLA HANNA, SBN 130694
  NHanna@gibsondunn.com
DANIEL NOWICKI, SBN 304716
  DNowicki@gibsondunn.com
JIMMY ROTSTEIN, SBN 305072
  JRotstein@gibsondunn.com
RAYCHEL TEASDALE, SBN 335034
  RTeasdale@gibsondunn.com
BRENNA GIBBS, SBN 342388
  BGibbs@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant*
*Andrew A. Wiederhorn*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ANDREW A. WIEDERHORN,<br><br>Defendant. | CASE NO. 2:24-CR-00296-WLH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF TRIAL DATE AND FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**<br><br>**Indictment Filed**: May 9, 2024<br>**Dept**: Courtroom 9B<br>**Judge**: Honorable Wesley L. Hsu |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Benedetto L. Balding and Kevin B. Reidy, and defendant Andrew A. Wiederhorn, both individually and by and through his counsel of record, Douglas M. Fuchs, hereby stipulate as follows:

1. On February 28, 2025, Mr. Wiederhorn filed a Motion For Order Continuing Pretrial Motions Deadline And Trial Date. *See* ECF No. 63. The government opposed Mr. Wiederhorn's Motion. *See* ECF No. 64.

2. On April 4, 2025, this Court granted Mr. Wiederhorn's Motion For Order Continuing Pretrial Motions Deadline And Trial Date. This Court continued the trial from July 15, 2025 to January 20, 2026. *See* ECF No. 66.

3. Pursuant to this Court's order, the time period between February 28, 2025 and January 20, 2026 is excluded in computing the time within which the trial must commence under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

DATED: April 15, 2025                    Respectfully submitted,

                                         By: /s/ Douglas Fuchs
                                             Douglas Fuchs

                                             *Attorneys for Defendant*
                                             *Andrew A. Wiederhorn*

                                         By: /s/ Benedetto Balding
                                             Benedetto L. Balding
                                             Kevin B. Reidy

                                             *Attorneys for Plaintiff*
                                             *United States of America*

Gibson, Dunn & Crutcher LLP

1                                        2:24-CR-00296-WLH
STIPULATION REGARDING CONTINUANCE OF TRIAL DATE AND FINDINGS OF
EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT

**SIGNATURE ATTESTATION**

I, Douglas Fuchs, hereby attest that all other signatories listed, and on whose behalf this Stipulation is submitted, concur in the content of the Stipulation and have authorized its filing.

DATED: April 15, 2025                     Respectfully submitted,

                                          By: */s/ Douglas Fuchs*
                                              Douglas Fuchs

                                              *Attorneys for Defendant*
                                              *Andrew A. Wiederhorn*

I am Andrew A. Wiederhorn's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than January 20, 2026, is an informed and voluntary one.

_____        4/15/2025
Douglas M. Fuchs                 Date
Attorney for Andrew A. Wiederhorn

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than January 20, 2026. I understand that I will be ordered to appear in Courtroom 9B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on January 20, 2026, at 9:00 a.m.

_____        4/15/25
Andrew A. Wiederhorn              Date
Defendant