IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Andrew A. Wiederhorn<br><br>Defendant. | CASE NO. 2:24-CR-00296-WLH<br><br>**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [70]** |

    The Court has read and considered Mr. Wiederhorn's Motion for Order Continuing Pretrial Motions Deadline And Trial Date (ECF No. 63) and the Stipulation Regarding Continuance Of Trial Date And Findings Of Excludable Time Periods Pursuant To Speedy Trial Act. The Court hereby finds that Mr. Wiederhorn's Motion For Order Continuing Pretrial Motions Deadline And Trial Date (ECF No. 63), which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual or so complex, due to the nature of the prosecution, and the existence of novel questions of law, that it is unreasonable to expect adequate preparation

for pretrial proceedings or for the trial itself without the Defendant's requested continuance; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued over the government's objection from July 15, 2025 to January 20, 2026. The pretrial conference hearing is continued to January 9, 2026. The briefing schedule for any pretrial motions shall be: (1) pretrial motions shall be filed by August 29, 2025; (2) oppositions shall be filed by September 12, 2025; and (3) replies shall be filed by September 19, 2025. A hearing on pretrial motions is scheduled for September 26, 2026 at 10:00 a.m.

2. The time period of February 28, 2025 to January 20, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (ii) and (iv).

3. Mr. Wiederhorn shall appear in Courtroom 9B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, CA on January 20, 2026 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED.**

DATED: April 17, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE